UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-24347-Civ-COOKE/TORRES**

JAMEKA N. BROWN, and other similarly
situated individuals,

    Plaintiff,

vs.

G5IVE, LLC d/b/a G5IVE, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before me upon the parties' Settlement Agreement and General Release ("Settlement Agreement") and their Joint Motion for Approval of FLSA Settlement ("Joint Motion") (ECF No. 25). I have reviewed the Joint Motion, the record, and the fully executed Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

It is hereby **ORDERED and ADJUDGED** that the Joint Motion is **GRANTED** and the Settlement Agreement is **APPROVED**. This case is **DISMISSED** *with prejudice*. Each party shall bear her or its own fees and costs, except as provided in the Settlement Agreement. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 6th day of May 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*